# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| DARRELL A. THOMAS | CIVIL ACTION NO. 23-0749 |
| | SECTION P |
| VS. | |
| | JUDGE DONALD E. WALTER |
| FRANKLIN PARISH DETENTION CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Plaintiff Darrell A. Thomas's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** IN Shreveport, Louisiana, this 30th day of October, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE